**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1911**

JAY THOMAS,

                Plaintiff - Appellant,

        v.

U.S. DEPARTMENT OF EDUCATION,

                Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District Judge.  (8:13-cv-01375-DKC)

Submitted:  November 21, 2013      Decided:  November 25, 2013

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jay Thomas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay Thomas appeals the district court's order dismissing without prejudice his complaint against the Department of Education. We have reviewed the record and find no reversible error. Accordingly, we deny Thomas' motion for jurisdiction and affirm for the reasons stated by the district court. Thomas v. U.S. Dep't of Educ., No. 8:13-cv-01375-DKC (D. Md. June 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED